**FILED**

Jul 01 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   USA,

                    Plaintiff,

8

9                   v.

10  ROBERT VINCENT MENDEZ,

                    Defendant.

11

Case No. 5:21-mj-70998-MAG-1 (DMR)

Charging District's Case No.
3:07-CR-00492-HZ-1

12

**COMMITMENT TO ANOTHER DISTRICT**

13      The defendant has been ordered to appear in the District of Oregon, Portland.

14  The defendant may need an interpreter for this language: No Interpreter needed.

15      The defendant:          ( ) will retain an attorney.

16                              (X) is requesting court-appointed counsel.

17      The defendant remains in custody after the initial appearance.

18

19      **IT IS ORDERED:**  The United States Marshal must transport the defendant, together with

20  a copy of this order, to the charging district and deliver the defendant to the United States Marshal

21  for that district, or to another officer authorized to receive the defendant.  The Marshal or officer

22  of the charging district should immediately notify the United States Attorney and the Clerk of the

23  Clerk for that district of the defendant's arrival so that further proceedings may be promptly

24  scheduled.  The Clerk of this district must promptly transmit the papers and any bail to the

25  charging district.

26  Dated:  7/1/2021

27
                                            _____
                                            DONNA M. RYU
28                                          United States Magistrate Judge

*United States District Court*
*Northern District of California*